ERIC GRANT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO GUTIERREZ,<br><br>Debtor.<br><br>HUB GROUP ASSOCIATES, INC.,<br><br>Garnishee. | CASE NO. 2:26-MC-00189-DAD-SCR<br><br>STIPULATION AND ORDER FOR CONTINUING GARNISHMENT OF WAGES<br><br>CRIMINAL CASE NO. 2:02-CR-00150-LKK<br><br>[No Hearing Requested] |

The parties, the United States of America (“United States”) and Alejandro Gutierrez (“Debtor”), agree and stipulate as follows:

1. On June 11, 2026, The United States initiated a garnishment against Debtor’s wages.

2. Debtor has asked that the garnishment be fixed at $200.00 per month.

3. The United States has reviewed financial documents provided by Debtor.

4. The parties agree that the Court should issue an order directing Garnishee to garnish a fixed amount of $200 per month from Debtor’s wages.

5. The parties agree and stipulate to the entry of this order by the Magistrate Judge.

///

Respectfully submitted,

FOR THE UNITED STATES:

ERIC GRANT
United States Attorney

Dated: 7/24/26

By: /s/ Robin Tubesing
ROBIN TUBESING
Assistant United States Attorney

DEBTOR:

Dated: 7/24/26

/s/ Alejandro Gutierrez
ALEJANDRO GUTIERREZ
Pro Se

**O R D E R**

The Court, having reviewed the court files and the parties' Stipulation and Order for Continuing Garnishment of Wages, and for good cause appearing, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Upon receipt of this order, Garnishee shall pay the Clerk of the United States District Court a fixed amount of $200 a month from Alejandro Gutierrez's ongoing wages;

2. Payment shall be made in the form of a check, money order, or company draft, made payable to the "**Clerk of the Court**" and delivered to:

Office of the Clerk
501 I St., Rm. 4-200
Sacramento, CA 95814

The criminal docket number (**2:02-CR-150**) shall be stated on the payment instruments; and

3. Any scheduled hearings on this matter are vacated.

IT IS SO ORDERED.

Dated: July 24, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE